IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHELLE ANTOINETTE (ABBOTT) BOZE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:09-CV-544 |
| | ) | Judge: Phillips/Shirley |
| RAM PARTNERS, LLC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING VOLUNTARY DISMISSAL

On Motion of the Plaintiff, and for good cause shown,

It is hereby ORDERED, ADJUDGED and DECREED that this action is dismissed

without prejudice and without adjudication of any of the issues contained in the Complaint.

ENTERED this the 13th day of September, 2010.

*Thomas H. Phillips*

JUDGE THOMAS PHILLIPS
UNITED STATES DISTRICT COURT JUDGE